# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PRIEBE, SEAN C. | § | Case No. 12-08846 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 05/02/2013 in Courtroom 240,

United States Courthouse
c/o Kane County Courthouse
100 S. 3rd St., Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/26/2013                      By: Kenneth S. Gardner
                                                  Clerk of the Bankruptcy Court

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PRIEBE, SEAN C. | § | Case No. 12-08846 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |  |
|---|---|---|
| The Final Report shows receipts of | $ | 9,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 9,000.00 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,650.00 | $ 0.00 | $ 1,650.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 78.45 | $ 0.00 | $ 78.45 |
| Attorney for Trustee Expenses: JOSEPH R. VOILAND | $ 1,265.00 | $ 0.00 | $ 1,265.00 |
| Charges: Clerk of the U.S. Bankruptcy Court | $ 293.00 | $ 0.00 | $ 293.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,286.45 |
| Remaining Balance | $ | 5,713.55 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,753.24  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  12.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | GE Capital Retail Bank | $          2,224.64 | $          0.00 | $          277.81 |
| 000002 | Discover Bank | $          1,857.89 | $          0.00 | $          232.01 |
| 000003 | Capital One Bank (USA), N.A. | $          16,854.68 | $          0.00 | $          2,104.77 |
| 000004 | Capital One, N.A. | $          3,374.52 | $          0.00 | $          421.40 |
| 000005 | American Express Centurion Bank | $          2,139.26 | $          0.00 | $          267.15 |
| 000006 | Nelnet on behalf of the U.S. Dept of Education | $          17,261.79 | $          0.00 | $          2,155.61 |
| 000007 | PYOD, LLC its successors and assigns as assignee | $          2,040.46 | $          0.00 | $          254.80 |

Total to be paid to timely general unsecured creditors          $          5,713.55

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R.  Voiland_____
Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Sean C. Priebe                                                    Case No. 12-08846-CAD
          Debtor                                                 Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lkorotko          Page 1 of 2          Date Rcvd: Mar 27, 2013
                             Form ID: pdf006          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2013.
db          +Sean C. Priebe,   1578 Lincolnshire Ave,   Aurora, IL 60506-1128
18582874    +American Express,   American Express Special Research,   Po Box 981540,   El Paso, TX 79998-1540
19715976     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18582875    +Cap One Na,   Po Box 26625,   Richmond, VA 23261-6625
18582876    +Capital 1 Bank,   Attn: Bankruptcy Dept.,   Po Box 30285,   Salt Lake City, UT 84130-0285
19681831     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
19681833     Capital One, N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
18582877    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18582878    +Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
18582879    +Dependon Collection Se,   Attn: Bankruptcy,   Po Box 4833,   Oak Brook, IL 60522-4833
18582888    +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
18582889    +Integrity Financial Partners, Inc.,   PO BOX 11530,   Overland Park, KS 66207-4230
18582890    +MRS Associates of New Jersey,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18582880    +E-mail/Text: electronicbkydocs@nelnet.net Mar 28 2013 02:17:18     Dept Of Education/neln,
              121 S 13th St,   Lincoln, NE 68508-1904
19627292     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 28 2013 02:29:27     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
18582886    +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 28 2013 02:29:27     Discover Fin,
              Attention:  Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
19621537     E-mail/PDF: rmscedi@recoverycorp.com Mar 28 2013 02:30:58     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
18582887    +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2013 02:26:30     Gemb/JC Penny,
              Attention:   Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
19730265    +E-mail/Text: electronicbkydocs@nelnet.net Mar 28 2013 02:17:18
              Nelnet on behalf of the U.S. Dept of Education,   3015 South Parker Road, Suite 400,
              Aurora, CO 80014-2904
18582891    +E-mail/Text: info@nelsonwatson.net Mar 28 2013 03:19:23     Nelson, Watson & Associates,
              80 Merrimack St. Lower Level,   Haverhill, MA 01830-5202
19751401    +E-mail/Text: resurgentbknotifications@resurgent.com Mar 28 2013 02:08:06
              PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
              Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                        TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18582881*   +Dept Of Education/neln,   121 S 13th St,   Lincoln, NE 68508-1904
18582882*   +Dept Of Education/neln,   121 S 13th St,   Lincoln, NE 68508-1904
18582883*   +Dept Of Education/neln,   121 S 13th St,   Lincoln, NE 68508-1904
18582884*   +Dept Of Education/neln,   121 S 13th St,   Lincoln, NE 68508-1904
18582885*   +Dept Of Education/neln,   121 S 13th St,   Lincoln, NE 68508-1904
                                                                        TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 29, 2013**                          **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: lkorotko         Page 2 of 2          Date Rcvd: Mar 27, 2013
                              Form ID: pdf006        Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2013 at the address(es) listed below:
          James A Young     on behalf of Debtor Sean C. Priebe jyoung@youngbklaw.com,
           Sarai@youngbklaw.com;ylara@youngbklaw.com
          Joseph  Voiland    on behalf of Plaintiff Joseph R. Voiland jrvoiland@sbcglobal.net,
           jvoiland@ecf.epiqsystems.com
          Joseph  Voiland    jrvoiland@sbcglobal.net,  jvoiland@ecf.epiqsystems.com
          Joseph R Voiland    on behalf of Plaintiff Joseph R. Voiland jrvoiland@sbcglobal.net
          Joseph R Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                              TOTAL: 6
```