UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
GODUCO, LUIS V § Case No. 10-36605
GODUCO, CATHERINE §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                           Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/JOSEPH R. VOILAND_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | OAK SHADOWS HOME OWNERS ASSN |  |  |  |  |  |
| 000001 | FORD MOTOR CREDIT COMPANY LLC |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| CONGRESSIONAL BANK | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004A | DEPT OF THE TREASURY - INTERNAL REV | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | CHASE BANK USA, N.A. | | | | | |
| 000010 | CHASE BANK USA, N.A. | | | | | |
| 000011 | CHASE BANK USA, N.A. | | | | | |
| 000007 | DEAN STREET OFFICES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004B | DEPT OF THE TREASURY - INTERNAL REV | | | | | |
| 000002 | FIA CARD SERVICES NA/BANK OF AMERIC | | | | | |
| 000003 | FIA CARD SERVICES NA/BANK OF AMERIC | | | | | |
| 000005 | FIFTH THIRD BANK | | | | | |
| 000006 | FIFTH THIRD BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-36605 | RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|
| Case Name: | GODUCO, LUIS V | | | Date Filed (f) or Converted (c): | 08/16/10 (f) |
| | GODUCO, CATHERINE | | | 341(a) Meeting Date: | 09/15/10 |
| For Period Ending: 06/15/13 | | | | Claims Bar Date: | 10/11/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 39 W. 132 Long Meadow, St.Charles | 800,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Lot #1 Oak Shadows Subdivision, St. Charles, Ill | 450,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Lot #4 - Oak Shadows Subdivision, St. Charles, I | 450,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. 2 checking accounts at Fifth Third Bank | 35.00 | 0.00 | DA | 0.00 | FA |
| 6. Savings Account at Fifth Third Bank | 35.00 | 0.00 | DA | 0.00 | FA |
| 7. household goods | 2,000.00 | 8,000.00 | | 7,000.00 | FA |
| 8. Miscellaneous pictures | 200.00 | 200.00 | DA | 0.00 | FA |
| 9. wearing apparel | 150.00 | 0.00 | DA | 0.00 | FA |
| 10. 2 watches, 2 wedding rings, miscellaneous costum | 800.00 | 4,200.00 | | 8,000.00 | FA |
| 11. 1 digital camera, 1 set of golf clubs | 300.00 | 0.00 | DA | 0.00 | FA |
| 12. Nottingham Homes, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. Goduco Design Group, Ltd. | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. Pulte Stock | 300.00 | 0.00 | DA | 0.00 | FA |
| 15. Nottingham Remodeling, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. 2003 Hummer H1 | 45,000.00 | 4,775.00 | DA | 0.00 | FA |
| 17. 2004 Landrover | 6,575.00 | 4,175.00 | DA | 0.00 | FA |
| 18. 2008 Ford F-250 Pick-up Truck | 19,400.00 | 0.00 | DA | 0.00 | FA |
| 19. 1997 Mitsubishi Galant | 575.00 | 575.00 | DA | 0.00 | FA |
| 20. Lawn mower, patio furniture and misc. tools | 250.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.19 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $1,775,720.00 $21,925.00 $15,000.19 $0.00

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-36605 RG Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | GODUCO, LUIS V | Date Filed (f) or Converted (c): | 08/16/10 (f) |
| | GODUCO, CATHERINE | 341(a) Meeting Date: | 09/15/10 |
| | | Claims Bar Date: | 10/11/11 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/15/11     Current Projected Date of Final Report (TFR): 03/15/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-36605 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | GODUCO, LUIS V | | Bank Name: | The Bank of New York Mellon |
| | GODUCO, CATHERINE | | Account Number / CD #: | *******7065 Money Market Account |
| Taxpayer ID No: | *******0779 | | | |
| For Period Ending: | 06/15/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/11 | 7 | Catherine Goduco | installment payment DEPOSIT CHECK #8112 | 1129-000 | 1,000.00 | | 1,000.00 |
| 08/02/11 | 7 | Catherine Goduco | installment payment DEPOSIT CHECK #8122 | 1129-000 | 1,000.00 | | 2,000.00 |
| 08/23/11 | 7 | Catherine Goduco | installment payment DEPOSIT CHECK #8129 | 1129-000 | 1,000.00 | | 3,000.00 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,000.01 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,975.01 |
| 09/22/11 | 7 | Catherine Goduco | installment payment DEPOSIT CHECK #8152 | 1129-000 | 1,000.00 | | 3,975.01 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,975.03 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,950.03 |
| 10/26/11 | 7 | Catherine Goduco | installment payment DEPOSIT CHECK #8166 | 1129-000 | 1,000.00 | | 4,950.03 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,950.06 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,925.06 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,925.10 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,900.10 |
| 12/06/11 | 7 | Catherine Goduco | installment payment | 1129-000 | 1,000.00 | | 5,900.10 |
| 12/22/11 | 7 | Catherine Goduco | installment payment DEPOSIT CHECK #8193 | 1129-000 | 1,000.00 | | 6,900.10 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,900.15 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,875.15 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,875.19 |
| 01/25/12 | | Transfer to Acct #*******4687 | Bank Funds Transfer | 9999-000 | | 6,875.19 | 0.00 |

Page Subtotals        7,000.19        7,000.19

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-36605 -RG |
| Case Name: | GODUCO, LUIS V |
| | GODUCO, CATHERINE |
| Taxpayer ID No: | *******0779 |
| For Period Ending: | 06/15/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******7065 Money Market Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---:|---:|---:|
| COLUMN TOTALS | 7,000.19 | 7,000.19 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 6,875.19 | |
| Subtotal | 7,000.19 | 125.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,000.19 | 125.00 | |

Page Subtotals 0.00 0.00

Ver: 16.05c

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-36605 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | GODUCO, LUIS V | | Bank Name: | Congressional Bank |
| | GODUCO, CATHERINE | | Account Number / CD #: | *******4687 Checking Account |
| Taxpayer ID No: | *******0779 | | | |
| For Period Ending: | 06/15/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******7065 | Bank Funds Transfer | 9999-000 | 6,875.19 | | 6,875.19 |
| 02/02/12 | 10 | Goduco, Catherine | | 1129-000 | 1,000.00 | | 7,875.19 |
| 02/24/12 | 10 | Catherine Goduco | | 1129-000 | 1,000.00 | | 8,875.19 |
| 04/02/12 | 10 | Catherine Goduco | | 1129-000 | 1,000.00 | | 9,875.19 |
| 04/22/12 | 10 | Catherine Goduco | | 1129-000 | 1,000.00 | | 10,875.19 |
| 05/22/12 | 10 | CATHERINE GODUCO 39 W 132 LONG MEADOW SAINT CHARLES, IL 60175 | | 1129-000 | 1,000.00 | | 11,875.19 |
| 06/26/12 | 10 | Catherine Goduco | | 1129-000 | 1,000.00 | | 12,875.19 |
| 07/24/12 | 10 | CATHERINE GODUCO 39 W 132 LONG MEADOW SAINT CHARLES, IL 60175 | | 1129-000 | 1,000.00 | | 13,875.19 |
| 08/28/12 | 10 | Catherine Goduco | | 1129-000 | 1,000.00 | | 14,875.19 |
| 03/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 14.26 | 14,860.93 |
| 05/02/13 | 001001 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | | 2100-000 | | 2,250.02 | 12,610.91 |
| 05/02/13 | 001002 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | | 2200-000 | | 353.11 | 12,257.80 |
| 05/02/13 | 001003 | Dept of the Treasury - Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346 | | 5800-000 | | 12,272.06 | -14.26 |
| 05/31/13 | | Congressional Bank | refund of bank service fees | 9999-000 | 14.26 | | 0.00 |

Page Subtotals 14,889.45 14,889.45

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-36605 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | GODUCO, LUIS V | | Bank Name: | Congressional Bank |
| | GODUCO, CATHERINE | | Account Number / CD #: | *******4687  Checking Account |
| Taxpayer ID No: | *******0779 | | | |
| For Period Ending: | 06/15/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 14,889.45 | 14,889.45 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 6,875.19 | 0.00 | |
| | | | Subtotal | | 8,014.26 | 14,889.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,014.26 | 14,889.45 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - ********7065 | 7,000.19 | 125.00 | 0.00 |
| Checking Account - ********4687 | 8,014.26 | 14,889.45 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 15,014.45 | 15,014.45 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 16.05c