UNITED STATES BANKRUPTCY COURT
, NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PRIEBE, SEAN C. § Case No. 12-08846
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,408.00 *(Without deducting any secured claims)* | Assets Exempt: 6,500.00 |
| Total Distributions to Claimants: 5,713.55 | Claims Discharged Without Payment: 99,112.69 |
| Total Expenses of Administration: 3,296.45 | |

3) Total gross receipts of $ 9,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 9,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,302.20 | 4,567.20 | 3,296.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 59,073.00 | 45,753.24 | 45,753.24 | 5,713.55 |
| **TOTAL DISBURSEMENTS** | $ 59,073.00 | $ 49,055.44 | $ 50,320.44 | $ 9,010.00 |

 4) This case was originally filed under chapter 7 on 03/07/2012 . The case was pending for 46 months.

 5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

 Dated: 12/16/2015            By:/s/JOSEPH R. VOILAND
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Dodge Avenger | 1129-000 | 3,000.00 |
| fraudulent transfer - J. C. Priebe | 1129-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 9,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | NA | 1,650.00 | 1,650.00 | 1,650.00 |
| JOSEPH R. VOILAND | 2200-000 | NA | 78.45 | 78.45 | 78.45 |
| CONGRESSIONAL BANK | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| CLERK OF THE U.S. BANKRUPTCY COURT | 2700-000 | NA | 293.00 | 293.00 | 293.00 |
| JOSEPH R. VOILAND | 3110-000 | NA | 1,265.00 | 1,265.00 | 1,265.00 |
| JOSEPH R. VOILAND | 3120-000 | NA | 5.75 | 1,270.75 | 0.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,302.20 | $ 4,567.20 | $ 3,296.45 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | 2,139.00 | NA | NA | 0.00 |
| | Cap One Na Po Box 26625 Richmond, VA 23261 | | 3,197.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 16,854.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 16,785.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 2,005.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | 334.00 | NA | NA | 0.00 |
| | Dept Of Education/neln 121 S 13th St Lincoln, NE 68508 | | 5,632.00 | NA | NA | 0.00 |
| | Dept Of Education/neln 121 S 13th St Lincoln, NE 68508 | | 3,500.00 | NA | NA | 0.00 |
| | Dept Of Education/neln 121 S 13th St Lincoln, NE 68508 | | 1,750.00 | NA | NA | 0.00 |
| | Dept Of Education/neln 121 S 13th St Lincoln, NE 68508 | | 1,351.00 | NA | NA | 0.00 |
| | Dept Of Education/neln 121 S 13th St Lincoln, NE 68508 | | 500.00 | NA | NA | 0.00 |
| | Dept Of Education/neln 121 S 13th St Lincoln, NE 68508 | | 368.00 | NA | NA | 0.00 |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | 1,857.00 | NA | NA | 0.00 |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 2,177.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc Bank Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | 624.00 | NA | NA | 0.00 |
| 000005 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 2,139.26 | 2,139.26 | 267.15 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 16,854.68 | 16,854.68 | 2,104.77 |
| 000004 | CAPITAL ONE, N.A. | 7100-000 | NA | 3,374.52 | 3,374.52 | 421.40 |
| 000002 | DISCOVER BANK | 7100-000 | NA | 1,857.89 | 1,857.89 | 232.01 |
| 000001 | GE CAPITAL RETAIL BANK | 7100-000 | NA | 2,224.64 | 2,224.64 | 277.81 |
| 000006 | NELNET ON BEHALF OF THE U.S. DEPT O | 7100-000 | NA | 17,261.79 | 17,261.79 | 2,155.61 |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 2,040.46 | 2,040.46 | 254.80 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 59,073.00 | $ 45,753.24 | $ 45,753.24 | $ 5,713.55 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-08846 | RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|
| Case Name: | PRIEBE, SEAN C. | | | Date Filed (f) or Converted (c): | 03/07/12 (f) |
| | | | | 341(a) Meeting Date: | 04/23/12 |
| For Period Ending: | 12/16/15 | | | Claims Bar Date: | 01/24/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking account - Old Second | 1,283.00 | 708.00 | | 0.00 | FA |
| 2. savings account - CEFCU | 200.00 | 200.00 | | 0.00 | FA |
| 3. Household Goods | 500.00 | 500.00 | | 0.00 | FA |
| 4. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 5. Teamsters pension | 0.00 | 0.00 | | 0.00 | FA |
| 6. 2008 Dodge Avenger | 5,825.00 | 0.00 | | 3,000.00 | FA |
| 7. fraudulent transfer - J. C. Priebe (u) | 0.00 | 0.00 | | 6,000.00 | FA |

TOTALS (Excluding Unknown Values)　　$7,908.00　　$1,408.00　　　　$9,000.00　　Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/15/13　　Current Projected Date of Final Report (TFR): 03/15/13

LFORM1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ver: 19.05

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-08846 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | PRIEBE, SEAN C. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8795 Checking Account |
| Taxpayer ID No: | *******8447 | | | |
| For Period Ending: | 12/16/15 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/24/12 | 6, 7 | Old Second National Bank | | 1129-000 | 9,000.00 | | 9,000.00 |
| 03/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 8,990.00 |
| 05/02/13 | 001001 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2100-000 | | 1,650.00 | 7,340.00 |
| 05/02/13 | 001002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2200-000 | | 78.45 | 7,261.55 |
| 05/02/13 | 001003 | JOSEPH R. VOILAND | | 3110-000 | | 1,265.00 | 5,996.55 |
| 05/02/13 | 001004 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | | 2700-000 | | 293.00 | 5,703.55 |
| 05/02/13 | 001005 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | | 7100-000 | | 277.81 | 5,425.74 |
| 05/02/13 | 001006 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | | 7100-000 | | 232.01 | 5,193.73 |
| 05/02/13 | 001007 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | 7100-000 | | 2,104.77 | 3,088.96 |
| 05/02/13 | 001008 | Capital One, N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | 7100-000 | | 421.40 | 2,667.56 |
| 05/02/13 | 001009 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001 | | 7100-000 | | 267.15 | 2,400.41 |

Page Subtotals  9,000.00  6,599.59

Ver: 19.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-08846 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | PRIEBE, SEAN C. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8795  Checking Account |
| Taxpayer ID No: | *******8447 | | | |
| For Period Ending: | 12/16/15 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/02/13 | 001010 | Malvern, PA 19355-0701<br>Nelnet on behalf of the U.S. Dept of Education<br>3015 South Parker Road, Suite 400<br>Aurora, CO 80014 | | 7100-000 | | 2,155.61 | 244.80 |
| 05/02/13 | 001011 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | | 7100-000 | | 254.80 | -10.00 |
| 05/31/13 | | Congressional Bank | refund of bank service fee | 9999-000 | 10.00 | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 9,010.00 | 9,010.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 9,010.00 | 9,010.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 9,010.00 | 9,010.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8795 | 9,010.00 | 9,010.00 | 0.00 |
| | 9,010.00 | 9,010.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        10.00        2,410.41

Ver: 19.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*